Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| In Re: | : | Bankruptcy Division |
|  | : | United States Bankruptcy Court |
|  | : | District of New Jersey |
|  | : |  |
|  | : | Bankruptcy No. 25-17250 ABA |
|  | : |  |
|  | : | Chapter 13 |
| Bonnie L. Stintsman, | : |  |
|  | : |  |
| Debtor | : | Hearing Date: February 17, 2026 |
|  | : |  |
|  | : |  |

ORDER RECLASSIFYING CLAIM 1-1 OF CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: February 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):         Bonnie L. Stintsman
Case No.         25-17250 ABA
Caption of Order:    Order Reclassifying Claim 1-1 of Capital One, N.A., Successor by Merger to
                    Discover Bank

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the

Debtor on Debtor's Motion to Reclassify Claim 1-1 of Capital one, N.A., successor by merger to

Discover Bank, and the Court having reviewed the Certification in Support of Motion to Reclassify

Claim; and for good cause having been shown; it is **ORDERED** as follows:

1. Claim 1-1 filed by Capital One, N.A., successor by merger to Discover Bank, in the amount
   of $12,973.29, which was originally classified as unsecured, is hereby reclassified as a
   secured claim.

2. The secured portion of the claim shall be treated and paid in accordance with the provisions
   of the Debtor's Chapter 13 Plan.

3. The claims register shall be updated to reflect the reclassification of Claim 1-1 as a secured
   claim.

4. other terms of the Debtor's Chapter 13 plan and orders of this Court remain in full force and
   effect.