Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

_____

                                       :   Bankruptcy Division

**Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

                                       :   United States Bankruptcy Court
                                       :   District of New Jersey

In Re:                                     : 

                                       :   Bankruptcy No. 25-17250 ABA

                                       : 

                                       :   Chapter 13

Bonnie L. Stintsman,              : 

                                       : 

           Debtor                     :   Hearing Date: February 17, 2026

                                       : 

_____  : 

### ORDER RECLASSIFYING CLAIM 1-1 OF CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK

    The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: February 25, 2026**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Bonnie L. Stintsman |
| Case No. | 25-17250 ABA |
| Caption of Order: | Order Reclassifying Claim 1-1 of Capital One, N.A., Successor by Merger to Discover Bank |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the

Debtor on Debtor's Motion to Reclassify Claim 1-1 of Capital one, N.A., successor by merger to

Discover Bank, and the Court having reviewed the Certification in Support of Motion to Reclassify

Claim; and for good cause having been shown; it is **ORDERED** as follows:

1. Claim 1-1 filed by Capital One, N.A., successor by merger to Discover Bank, in the amount of $12,973.29, which was originally classified as unsecured, is hereby reclassified as a secured claim.

2. The secured portion of the claim shall be treated and paid in accordance with the provisions of the Debtor's Chapter 13 Plan.

3. The claims register shall be updated to reflect the reclassification of Claim 1-1 as a secured claim.

4. other terms of the Debtor's Chapter 13 plan and orders of this Court remain in full force and effect.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-17250-ABA

Bonnie L. Stintsman                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID**          **Recipient Name and Address**
db           + Bonnie L. Stintsman, 32 Melrose Drive, Pine Hill, NJ 08021-6542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Bonnie L. Stintsman aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4