Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−17250−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bonnie L. Stintsman
aka Bonnie Lynn Stintsman
32 Melrose Drive
Pine Hill, NJ 08021

Social Security No.:
    xxx−xx−6935

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 12, 2026.

Dated: March 13, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-17250-ABA

Bonnie L. Stintsman                                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 3

Date Rcvd: Mar 13, 2026                       Form ID: plncf13                          Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bonnie L. Stintsman, 32 Melrose Drive, Pine Hill, NJ 08021-6542 |
| 520727489 | + | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 520727503 | + | Jefferson Capital Systems, LLC, 1355 S. Colorado Blvd., Ste 400, Bldg C, Denver, CO 80222-3319 |
| 520727506 | + | NJHFMA, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520727508 | | Radius Global Solution, Attn: Bankruptcy, 7931 Glenroy Rd, Ste 250, Edina, MN 55439 |
| 520727514 | + | Weinberger Divorce & Family Law Group, 1000 Atrium Way, Suite 402, Mount Laurel, NJ 08054-3906 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2026 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2026 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520727487 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2026 22:02:21 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520727486 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2026 22:01:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520727488 | ^ | MEBN | Mar 13 2026 21:46:45 | Apothaker Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520727490 | + | Email/Text: bk@avant.com | Mar 13 2026 21:58:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 520727492 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 13 2026 21:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520727491 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 13 2026 21:55:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520752117 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 13 2026 21:55:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520806772 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 13 2026 21:56:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520727493 | + | Email/Text: cms-bk@cms-collect.com | Mar 13 2026 21:57:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520727494 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 22:02:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520747231 | | Email/Text: mrdiscen@discover.com | Mar 13 2026 21:55:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |

| 520727495 | + Email/Text: bankruptcy@cavps.com | Mar 13 2026 21:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520727496 | + Email/Text: bankruptcy@cavps.com | Mar 13 2026 21:58:00 | Cavalry Spv I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520727497 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2026 22:02:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520727498 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 21:57:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520727499 | + Email/Text: legal-dept@cooperhealth.edu | Mar 13 2026 21:57:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 520727500 | + Email/Text: mrdiscen@discover.com | Mar 13 2026 21:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520727501 | + Email/Text: crdept@na.firstsource.com | Mar 13 2026 21:58:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 520727502 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2026 21:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520785923 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 21:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520789182 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 13 2026 21:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520727505 | Email/Text: Bankruptcy@mjrf.com | Mar 13 2026 21:56:00 | Mullooly Jeffrey Rooney & Flynn LLP, 6851 Jericho Tpke, Ste 220, Syosset, NY 11791 |
| 520727504 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2026 21:57:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520801331 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2026 21:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520798208 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2026 22:01:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520727507 | Email/Text: signed.order@pfwattorneys.com | Mar 13 2026 21:56:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520748084 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 22:01:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520727510 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2026 21:56:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520727509 | ^ MEBN | Mar 13 2026 21:49:09 | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 520727511 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 13 2026 22:02:17 | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 520727512 | Email/Text: bankruptcy@uwm.com | Mar 13 2026 21:56:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 520727513 | Email/Text: virtuapatientaccounting@virtua.org | Mar 13 2026 21:57:00 | Virtua Health, 2000 Crawford Place Suiite 100, Mount Laurel, NJ 08054 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID        Bypass Reason   Name and Address

District/off: 0312-1                          User: admin                                    Page 3 of 3

Date Rcvd: Mar 13, 2026                       Form ID: plncf13                               Total Noticed: 40

520766995       *+           Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Bonnie L. Stintsman aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4